Clerk, call the next case, please. Okay, and I take it the appellant has not been heard from. Okay, this does not usually happen. Mr. Myers, you are representing the city of Memphis and you have kindly come to be representing the appellee here. If you wish to make a statement, you're welcome to do so. And if you wish to submit on the briefs, you're welcome to do that as well. At this point, your honor, I'd just get on the briefs unless the forecaster has a specific question that you intend to direct. Does any judge wish to ask any questions? No. Well, we appreciate very much your coming. And obviously, this is a very unusual circumstance, but we have read the briefs and we will decide the case after conference and writing an opinion. So we thank you very much for coming and would the clerk adjourn court?